**CIARDI, A.**

v.

**CIARDI, K.**

**351 EDA 2016**

Superior Court of Pennsylvania.

06/01/2017

Reargument Denied 8/1/2017

No. 2010–01239–DI (Chester)

Affirmed

■

**COM.**

v.

**BROWN, R.**

**1489 EDA 2016**

Superior Court of Pennsylvania.

06/01/2017

CP–23–CR–0007153–2008 (Delaware)

Affirmed